**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Melvin J. Lindsey,** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | **Bky. No. 23-12169 (PMM)** |

# O R D E R

       **AND NOW,** after notice and hearing, and, as discussed in open court at the hearing held

held in this matter on January 23, 2024,

       It is hereby **ORDERED** that confirmation of Debtor's Chapter 13 Plan is **DENIED**.


**Date: 1/23/24**

_____
**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**